UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GRISTEDE'S FOODS, INC. and
NAMDOR, INC.

                    Plaintiffs,

   -against-

UNITED FOODS AND COMMERCIAL WORKERS
UNION LOCAL 342 together with its related Health
Care Fund,

                    Defendant.
-----------------------------------------------------------------x

Civil Action No. 08-CV-3803
(LAK)
ECF Case

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the plaintiffs Gristede's Foods Inc. and Namdor, Inc., both of which are private non-governmental parties, certifies that none of these plaintiffs have any corporate affiliates and/or subsidiaries which are currently publicly held.

Dated: April 21, 2008

                            Finkel Goldstein Rosenbloom & Nash, LLP
                            Attorneys for Plaintiffs
                            26 Broadway – Suite 711
                            New York, NY  10004
                            (212) 344-2929

                            By: _____
                                KEVIN J. NASH (KJN-6274)