UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GRISTEDE'S FOODS, INC. and
NAMDOR, INC.
                              Civil Action
                              No. 08-cv-03803 (LAK)
                Plaintiffs,

     -against-                        **CERTIFICATE OF SERVICE**

UNITED FOODS AND COMMERCIAL WORKERS
UNION LOCAL 342 together with its related Health
Care Fund,

                Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

      SYLVIA SHAVELSON, hereby certifies as follows:

      1.    I am not a party to the action, am over 18 years of age and reside at Staten Island, New York.

      2.    On May 12, 2008, I served the Order Re Scheduling and Initial Pretrial Conference by transmitting a copy by means of first class mail, addressed to each of the persons listed below:

                Andrew Calcagno, Esq.
                Calcagno & Associates
                213 South Avenue East
                Cranford, NJ 07016

Dated: New York, New York
       May 13, 2008

                                            _____
                                                 SYLVIA SHAVELSON