UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GRISTEDE'S FOODS, INC. and
NAMDOR, INC.

Civil Action
No. 08-cv-03803-LAK

              Plaintiffs,

-against-

**STIPULATION**

UNITED FOODS AND COMMERCIAL WORKERS
UNION LOCAL 342 together with its related Health
Care Fund,

              Defendant.
------------------------------------------------------------x

RECEIVED JUN 09 2008 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

      **IT IS HEREBY STIPULATED AND AGREED** that in view of pending settlement negotiations between the parties coupled with the fact that service of the Summons and Complaint could not be made until May 27, 2008, the Defendant's time to answer or otherwise respond to the complaint is hereby extended until August 15, 2008; and

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that the conference in this matter, presently scheduled for June 13, 2008, shall be adjourned to a date selected by the Court after August 15, 2008 in the event that the parties do not otherwise resolve and settle this matter.

Dated: June 4, 2008
       New York, New York

_____
ANDREW CALCAGNO (AC-    )
Calcagno & Associates
Attorneys for the Defendant
213 South Avenue East
Cranford, New Jersey 07016
Tel: 908-272-7300

_____
KEVIN J. NASH (KJN-6274)
Finkel Goldstein
Rosenbloom & Nash, LLP
Attorneys for Plaintiffs
26 Broadway, Suite 711
New York, New York 10004
(212) 344-2929

SO ORDERED:
_____

Dated: New York, New York
       June 7, 2008

H:\sylvin\word\Gristede's v. United Food and Commercial Workers Union Local 342\Stipulation extending time 6-2-08.doc