UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GRISTEDE'S FOODS, INC. and
NAMDOR, INC.

                      Plaintiffs,

     -against-

UNITED FOODS AND COMMERCIAL WORKERS
UNION LOCAL 342 together with its related Health
Care Fund,

                      Defendant.
----------------------------------------------------------------x

Civil Action
No. 08-cv-03803-LAK

STIPULATION OF
DISCONTINUANCE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that the above entitled action be, and the same hereby is discontinued, without prejudice, and without costs to either party as against the other.

     That a facsimile executed copy of this Stipulation shall be deemed to be the original.

Dated: August 5, 2008
         New York, New York

_____
ANDREW CALCAGNO (AC-3085)
Calcagno & Associates
Attorneys for the Defendant
213 South Avenue East
Cranford, New Jersey 07016
Tel: 908-272-7300

_____
KEVIN J. NASH (KJN-6274)
Finkel Goldstein
Rosenbloom & Nash, LLP
Attorneys for Plaintiffs
26 Broadway, Suite 711
New York, New York 10004
(212) 344-2929

SO ORDERED:

_____ Part I
                        U.S.D.J.
Dated: New York, New York
        August 19, 2008

H:\sylviu\word\Gristede's v. United Food and Commercial Workers Union Local 342\stip of disc 7-31-08.doc